IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Petitioner,

  v.                                 ORDER

                                            06-cr-141-jcs-02

LISA MARIE HARDING,

        Respondent.
_____

    Petitioner asks the Court to reduce her sentence by one year after her complection in the Residential Drug Abuse Program. She alleges that the Bureau of Prisons is refusing her this reduction. Petitioner's proper remedy is a petition for a writ of habeas corpus under 28 U.S.C. §2241 after she has exhausted her administrative remedies. Petitioner's motion to amend her sentence will be denied.

ORDER

    IT IS ORDERED that petitioner's motion to amend her sentence is DENIED.

    Entered this 28th day of January, 2008.

                                    BY THE COURT:

                                            /s/

                                  _____
                                  JOHN C. SHABAZ
                                  District Judge