IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                             ORDER

               Plaintiff,

                                                                              06-cr-141-jcs

     v.

LISA HARDING,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Lisa Harding has filed a motion to postpone restitution payments. Because Judge Shabaz is on an extended medical leave, I am handling the cases assigned to him, including this one. In support of her motion, defendant argues that it is financially difficult for her to make restitution payments at this time and requests deferral of the payments until she is in a half-way house. Defendant's motion will be DENIED.

      It is within the Bureau of Prisons' discretion to require inmates to make payments on their court-ordered obligations. It may be a hardship for defendant to pay restitution, but it is a hardship for which she is responsible.

1

ORDER

Defendant Lisa Harding's motion to postpone restitution payments is DENIED.

Entered this 21st day of October, 2008.

>                          BY THE COURT:
>                          /s/
>                          BARBARA B. CRABB
>                          District Judge