IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                  ORDER

               Plaintiff,

                                                  06-cr-141-bbc

     v.

LISA M. HARDING,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     At the April 2, 2010 initial appearance on the revocation of defendant's supervised release, the United States appeared by Meredith Duchemin, Assistant United States Attorney, and Michael Nolan, United States Probation Officer. Defendant appeared in person and by counsel, Michael Lieberman. At the hearing, defendant waived her right to a preliminary hearing and to a hearing on detention.

     A hearing on revocation was set for April 13, 2010, at 12:40 p.m. before United

States District Judge Barbara B. Crabb.

    Entered this 2d day of April, 2010.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge